**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6126**

JUSTIN PAUL WOODINGTON,

Plaintiff - Appellant,

v.

MRS. GOODE, Health Service Administrator; S. GREGORY, R.N.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:18-cv-00693-HEH-RCY)

Submitted:  April 18, 2019                         Decided:  April 23, 2019

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Justin Paul Woodington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Paul Woodington appeals the district court's dismissal without prejudice of his 42 U.S.C. § 1983 (2012) complaint for failure to pay the initial filing fee or to apply to proceed in forma pauperis.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Woodington v. Goode*, No. 3:18-cv-00693-HEH-RCY (E.D. Va. Jan. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court dismissed the complaint "for . . . reasons unrelated to the contents of the pleadings," we have jurisdiction over this appeal. *Goode v. Cent. Va. Legal Aid. Soc'y, Inc.* 807 F.3d 619, 624 (4th Cir. 2015).